UNITED STATES of America, Plaintiff–Appellee,

v.

Albert BAHAM; Jack Willie, Defendants–Appellants.

United States of America, Plaintiff–Appellee,

v.

Jack Willie, Defendant–Appellant.

Nos. 03–30560, 03–30580.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Oct. 5, 2004.

Stephen A. Higginson, Assistant U.S. Attorney, Matthew M. Coman, New Orleans, LA, for Plaintiff–Appellee.

George R. Simno, III, New Orleans, LA, Robert Francis Fleming, Jr., Metairie, LA, for Defendant–Appellant.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Albert Baham and Jack Willie in appeal No. 03–30560 have requested leave to withdraw and have filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Willie's same court-appointed attorney has also requested leave to withdraw and has filed an *Anders* brief in appeal No. 03–30580. We *sua sponte* consolidate the appeals pursuant to FED. R.APP. P. 3(b)(2).

In appeal No. 03–30560, Baham and Willie have each filed separate responses in which they both seek the appointment of substitute counsel. Baham's and Willie's *pro se* requests are **DENIED.**

Our independent review of counsels' briefs and the records for both appeals discloses no nonfrivolous issues. Counsels' motions for leave to withdraw are GRANTED, counsel are excused from further responsibilities, and appeal Nos. 03–30560 and 03–30580 are **DISMISSED.** *See* 5TH CIR. R. 42.2.

**APPEALS CONSOLIDATED; PRO SE REQUESTS FOR SUBSTITUTE APPELLATE COUNSEL DENIED; APPEALS DISMISSED; MOTIONS TO WITHDRAW GRANTED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.